FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the County Court of Wheeler County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on July 28, 2015, the cause upon appeal to revise or reverse your judgment between

**Nancy S. Morrison v. Sheriff Wesley Crites, Deputy D.B. Marcolesco**

**Case Number:  07-14-00317-CV Trial Court Number:  7-14-1963-CV**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated July 28, 2015, it is hereby ordered, adjudged and decreed that the order of the county court is vacated and this appeal is dismissed.

It is further ordered, adjudged and decreed that appellant, Nancy Sue Morrison, pay all costs occasioned by this appeal, for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on October 6, 2015.

*Vivian Long*

VIVIAN LONG, CLERK

